IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA
DURHAM DIVISION

In Re:                                  CASE NO. 09-82142

Vivian Lewis Reed

                                          Chapter 13

     Debtor

## NOTICE OF APPEARANCE AND REQUEST FOR
## SERVICE OF NOTICES AND PLEADINGS

      Home Credit Corporation, a creditor and party–in-interest in the above referenced case, hereby gives notice of its appearance in this case, pursuant to Rule 9010 of the Federal Rules of Bankruptcy Procedure, by and through the undersigned counsel:

William F. Hill
Attorney At Law
Post Office Box 2517
Greenville, North Carolina 27836

      Home Credit Corporation, requests that it be served with copies of all notices issued by the Clerk of the Court and all other pleadings and notices to parties in interest filed by Debtor, the Bankruptcy Administrator or any other interested parties in this case, including all adversary proceedings, in accordance with Rule 2002 of the Federal Rules of Bankruptcy Procedure.

      Further, Home Credit Corporation, requests that Debtor forward to it, through its attorney of record, copies of all applications, motions, complaints and other pleadings filed by Debtor in the above-referenced case.

      Respectfully Submitted, this the 17th day of December, 2009.

                                               s/ William F. Hill
                                               William F. Hill
                                               State Bar No. 10929
                                               Attorney for Home Credit Corporation
                                               Post Office Box 2517
                                               Greenville, North Carolina, 27836
                                               Telephone: (252) 355-4277
                                               Facsimile: (252) 355-2797

## CERTIFICATE OF SERVICE

The undersigned, of Post Office Box 2517, Greenville, North Carolina 27836, certifies:

That I am, and at all times hereinafter mentioned was, more than eighteen (18) years of age;

That on this date I served copies of the foregoing NOTICE OF APPEARANCE on the following parties via Electronic Mail (Email) at the Email addresses provided to the U.S. Bankruptcy Court for the purpose of electronic service:

John T. Orcutt, Attorney for Debtor, at postlegal@johnorcutt.com;
Richard M. Hutson, II, Chapter 13 Trustee, at office@c13dur.com

That on this date I served copies of the foregoing NOTICE OF APPEARANCE on the following parties by first class mail at their last known address:

Vivian Lewis Reed
4809 Cornerstone Drive
Oxford, NC 27565

I certify under penalty of perjury that the forgoing is true and correct.

This the 17th day of December, 2009.

          s/ William F. Hill
          William F. Hill
          Attorney For Home Credit Corporation
          Post Office Box 2517
          Greenville, North Carolina 27836
          Telephone: (252) 355-4277
          Facsimile: (252) 355-2797
          Email: bill.hill@wfh-law.com
          NC State Bar Number: 10929