C-13-16(FTP)
(Rev. 6/04)

# UNITED STATED BANKRUPTCY COURT
# MIDDLE DISTRICT OF NORTH CAROLINA
# DURHAM DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | No. B-09-82142  C-13D |
| Vivian L. Reed | ) | |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

## ORDER DENYING CONFIRMATION OF PLAN

On May 12, 2010, a hearing was held on Objection by Green Tree Servicing, LLC ("Green Tree") to confirmation of the Debtor's proposed plan.  At the hearing, Edward C. Boltz, Esq. appeared on behalf of the Debtor; Craig S. Haskell, Esq. appeared on behalf of Green Tree; and, Benjamin E. Lovell, Esq., attorney for the Standing Trustee appeared. The Court, after considering the Objection and having heard and considered the statements of counsel and the attorney for the Trustee, finds that the Objection should be sustained; provided, however, adequate protection should be afforded Green Tree in the interim; therefore, it is ORDERED:

1.  Green Tree's Objection to confirmation of the Debtor's proposed plan is sustained and the proposed plan is not confirmed.

2.  The Debtor shall have 20 days from May 12, 2010, within which to amend her proposed plan, or file a new proposed plan, and in the event an amended or new proposed plan is not is timely filed, this case shall be automatically dismissed upon Motion of the Standing Trustee without further notice and hearing.

3.  An adequate protection payment in the amount of $1,150.00 shall be disbursed by the Trustee's Office to Green Tree on May 31, 2010, and such disbursement shall be applied to the post-petition arrearages due Green Tree.

# PARTIES IN INTEREST
## Page 1 of 1
## 09-82142 C-13D

Vivian L. Reed
4809 Cornerstone Dr.
Oxford, NC  27565

John T. Orcutt, Esq.
6616-203 Six Forks Rd.
Raleigh, NC 27615

Richard M. Hutson, II
Standing Trustee
PO Box 3613
Durham, NC 27702

Craig S. Haskell, Esq.
5540 Centerview Dr., Ste. 416
Raleigh, NC 27606