| CH. 13 PLAN - DEBTS SHEET | | Date: | 3/11/10 |
|---|---|---|---|
| (MIDDLE DISTRICT - DESARDI VERSION) | | Lastname-SS#: | reed-4177 Amended |

### RETAIN COLLATERAL & PAY DIRECT OUTSIDE PLAN

| | Creditor Name | Sch D # | Description of Collateral |
|---|---|---|---|
| Retain | | | |
| | | | |
| | | | |
| | | | |
| | | | |

### SURRENDER COLLATERAL

| Creditor Name | Description of Collateral |
|---|---|
| | |
| | |
| | |
| | |
| | |

### ARREARAGE CLAIMS

| | Creditor Name | Sch D # | Arrearage Amount | (See †) |
|---|---|---|---|---|
| Retain | | | | ** |
| | | | | ** |
| | | | | ** |
| | | | | ** |
| | | | | ** |
| | Green Tree | | $2,334 | ** |
| | Post-Petition | | $1,666 | ** |
| | | | | ** |
| | | | | ** |

### REJECTED EXECUTORY CONTRACTS/LEASES

| Creditor Name | Description of Collateral |
|---|---|
| | |
| | |
| | |
| | |
| | |

### LTD - DOT ON PRINCIPAL RESIDENCE & OTHER LONG TERM DEBTS

| | Creditor Name | Sch D # | Monthly Contract Amount | Int. Rate | Adequate Protection | Minimum Equal Payment | Description of Collateral |
|---|---|---|---|---|---|---|---|
| Retain | Green Tree | | $562 | N/A | n/a | $562.00 | Residence |

### STD - SECURED DEBTS @ FMV

| | Creditor Name | Sch D # | FMV | Int. Rate | Adequate Protection | Minimum Equal Payment | Description of Collateral |
|---|---|---|---|---|---|---|---|
| Retain | | | | 5.00 | | | |

### STD - SECURED DEBTS @ 100%

| | Creditor Name | Sch D # | Payoff Amount | Int. Rate | Adequate Protection | Minimum Equal Payment | Description of Collateral |
|---|---|---|---|---|---|---|---|
| Retain | Home Credit | | $4,496 | 5.00 | $45 | $108.78 | 2001 Honda |
| | Time Finance | | $511 | 5.00 | $5 | $12.36 | 2001 Honda |

| ATTORNEY FEE (Unpaid part) | Amount |
|---|---|
| Law Offices of John T. Orcutt, P.C. | $1,658 |
| **SECURED TAXES** | **Secured Amt** |
| IRS Tax Liens | |
| Real Property Taxes on Retained Realty | |
| **UNSECURED PRIORITY DEBTS** | **Amount** |
| IRS Taxes | |
| State Taxes | |
| Personal Property Taxes | $61 |
| Alimony or Child Support Arrearage | |
| **CO-SIGN PROTECT (Pay 100%)** | Int.% | Payoff Amt |
| All Co-Sign Protect Debts (See*) | | |
| **GENERAL NON-PRIORITY UNSECURED** | | Amount** |
| DMI= | None($0) | None($0) |

### PROPOSED CHAPTER 13 PLAN PAYMENT

$ **$421** per month until Confirmation

$ **$797** per month for **60** months.

Adequate Protection Payment Period: **6.00** months.

Sch D # = The number of the secued debt as listed on Schedule D.
Adequate Protection = Monthly 'Adequate Protection' payment amt.
† = May include up to 2 post-petition payments.
* Co-sign protect on all debts so designated on the filed schedules.
** = Greater of DMI x ACP or EAE          (Page 4 of 4)
Ch13Plan_MD_(DeSardi Version 1/12/10)  © LOJTO

### Other Miscellaneous Provisions

The Chapter 13 Trustee currently holds $1,943.10 on hand, with payroll deduction amount of $194.31 expected on May 12th and 26th, for a total available for distribution in the amount of $2,331.72. With the May disbursement, the Chapter 13 Trustee shall make an adequate protection payment to Home Credit in the amount of $48.00, a disbursement of $1,141.86 in attorneys' fees, and a disbursement to Green Tree in the amount of $1,141.86 for application against its post-petition arrearage claim. Green Tree shall be allowed an post-petition arrearage claim consisting of 5 payments (January through May 2010) in the amount of $561.64 a month, or $2,808.20, after said disbursement, $1,666.34 shall remain to be paid during the Debtor's Chapter 13 plan.